## No. 15,671.

### WARNE *v.* WARNE.
(184 P. [2d] 493)

Decided August 25, 1947.

PER CURIAM.

Judgment affirmed en banc without written opinion. MR. JUSTICE JACKSON dissents.

Mr. FRED M. MAZZULA, for plaintiff in error.

No appearance for defendant in error.